Mishka L. Marshall (016641)
**MARSHALL LAW, P.C.**
2198 E. Camelback Rd., Suite 310
Phoenix, Arizona 85016
Telephone: 602/274-7873
Facsimile: 602/274-8207
Email: mlm@marshall-lawaz.com
Attorney for Plaintiff
Lee I. Hall

# IN THE UNITED STATES DISTRICT COURT

# IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| LEE I. HALL, | Case No. 2:14-cv-02803-JJT |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| CITY OF MESA, a municipal corporation; CITY OF MESA POLICE DEPARTMENT; FRANK MILSTEAD; MARK J. BECKETT; AUSTIN FIGUEROA; CLAYTON THOMAS; NICHOLAS CURETON; JASON V. KING; MICHAEL REDDEN; JAMIE GISSEL; COURTNEY FLORES; PAUL CHRISTENSEN; BRIAN COOPER; CHELSIE FURMAN; DANIEL SALAS; JEFFREY NEESE; MICHAEL BEATON; JOHN DOE OFFICERS I-X; JANE DOE OFFICERS I-X; JOHN DOE SUPERVISORS I-X; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X, | **(Assigned to the Honorable John J. Tuchi)** |
| Defendants. | |

Plaintiff Lee I. Hall, by and through counsel undersigned, hereby provides notice to the Court that the parties in the above-captioned matter have settled this matter and will file the appropriate dismissal papers in the near future.

Respectfully submitted this 6th day of May, 2015.

/s/Mishka L. Marshall
Mishka L. Marshall
**MARSHALL LAW, P.C.**
2198 E. Camelback Rd., Suite 310
Phoenix, Arizona 85016
Attorney for Plaintiff Lee I. Hall

### CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2015 I transmitted by electronic filing the foregoing Notice of Settlement to the United States District Court for the District of Arizona using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jason K. Reed
City of Mesa Attorney's Office
MS-1077
P.O. Box 1466
Mesa, AZ 85211-1466

/s/Mishka L. Marshall